# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ray, J. Thomas | U. S. District Court - ED AR | 05/01/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Magis. Judge - Full Time | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Richard Sheppard Arnold United States Courthouse
500 West Capitol, Room D 144
Little Rock, AR 72201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Rollover IRA |
| 2. | Trustee | IRA #1 |
| 3. | Trustee | Inherited IRA |
| 4. | Trustee | IRA # 2 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Abbvie C.S. | A | Dividend | K | T | | | | | |
| 2. Agios C.S. | | None | K | T | | | | | |
| 3. Alibaba ADR | | None | L | T | Buy | 05/28/19 | K | | |
| 4. Allergan C.S. | A | Dividend | | | Sold | 03/07/19 | L | | |
| 5. Alphabet Inc (Cl A) C.S. | | None | K | T | | | | | |
| 6. Amazon C.S. | | None | K | T | | | | | |
| 7. Amgen | B | Dividend | M | T | | | | | |
| 8. Anheuser Busch Inbev ADR | A | Dividend | | | Sold | 01/31/19 | M | | |
| 9. Bank of America C.S. | B | Dividend | L | T | | | | | |
| 10. Berkshire Hathaway (B) C.S. | | None | M | T | | | | | |
| 11. Baidu ADR | | None | K | T | Buy | 06/03/19 | K | | |
| 12. Biomarin C.S. | | None | K | T | | | | | |
| 13. Bristol Meyers C.S. | B | Dividend | L | T | Sold (part) | 11/27/19 | K | C | |
| 14. Celgene C.S. | | None | | | Sold | 01/21/19 | N | G | |
| 15. Chevron C.S. | D | Dividend | M | T | | | | | |
| 16. Conoco Phillips C.S. | C | Dividend | L | T | | | | | |
| 17. CVS Healthcorp. C.S. | A | Dividend | K | T | Buy | 04/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18. Diamondback Energy C.S. | | None | K | T | Buy | 11/07/19 | K | | |
| 19. Dupont C.S. | | None | K | T | Buy | 12/24/19 | K | | |
| 20. Eli Lilly C.S. | D | Dividend | N | T | Sold (part) | 03/15/19 | M | F | |
| 21. Enterprise Products Partners L.P. | D | Dividend | L | T | | | | | |
| 22. Exxon Mobil Corp. C.S. | D | Dividend | M | T | | | | | |
| 23. Gilead, C.S. | D | Dividend | N | T | Sold (part) | 12/24/19 | K | | |
| 24. Illumina C.S. | | None | K | T | Buy | 08/08/19 | K | | |
| 25. Intel C.S. | A | Dividend | K | T | | | | | |
| 26. J P Morgan Chase C.S. | B | Dividend | L | T | | | | | |
| 27. Johnson & Johnson C.S. | D | Dividend | N | T | Sold (part) | 01/31/19 | M | G | |
| 28. Merck & Co. Inc. C.S. | D | Dividend | N | T | | | | | |
| 29. Microsoft C.S. | A | Dividend | K | T | | | | | |
| 30. Pfizer Inc. C.S. | C | Dividend | M | T | | | | | |
| 31. Phillips 66 C.S. | A | Dividend | K | T | | | | | |
| 32. Philllips 66 Partners C.S. | A | Dividend | J | T | | | | | |
| 33. Qorvo, Inc. C.S. | | None | J | T | Buy | 05/28/19 | J | | |
| 34. Regeneron Inc. C.S. | | None | M | T | Sold (part) | 11/12/19 | L | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A — Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C — Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D — Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 35. | Sanofi Aventis C.S. | C | Dividend | L | T | Sold (part) | 01/31/19 | K | D | |
| 36. | Skyworks Solutions C.S. | A | Dividend | J | T | Buy | 08/05/19 | J | | |
| 37. | Valero Energy C.S. | C | Dividend | L | T | | | | | |
| 38. | Wells Fargo C.S. | B | Dividend | K | T | | | | | |
| 39. | Zscaler Inc. C.S. | | None | J | T | Buy | 10/22/19 | J | | |
| 40. | Charles Schwab Money Market (Cash Equivalents) | C | Interest | O | T | | | | | |
| 41. | | | | | | | | | | |
| 42. | ORI/Acadia & Ver. Par., LA; McGowan Inc.; Zachry Exploration | E | Royalty | N | W | | | | | |
| 43. | ORI/Regan County, TX/Pioneer Natural Resources | A | Royalty | L | W | | | | | |
| 44. | W/I; Acadia & Vermillion Par., LA; McGowan Inc. | E | Royalty | N | W | | | | | |
| 45. | ORI/Acadia Par., LA; Zachry Eploraton | C | Royalty | N | W | | | | | |
| 46. | | | | | | | | | | |
| 47. | Investment Property (Pulaski County, AR) (See Section VIII) | | None | N | W | | | | | |
| 48. | | | | | | | | | | |
| 49. | Rollover IRA | | | | | | | | | |
| 50. | - Charles Schwab Money Market (Cash Equivalents) | B | Interest | N | T | | | | | |
| 51. | - Agios C.S. | | None | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Allergan C.S. | B | Dividend | | | Sold | 03/07/19 | L | | |
| 53. Alibaba ADR | | None | L | T | Buy | 05/28/19 | L | | |
| 54. Alphabet (Class A) C.S. | | None | L | T | | | | | |
| 55. Amazon C.S. | | None | L | T | | | | | |
| 56. Anheuser Busch Inbev ADR | A | Dividend | | | Sold | 01/31/19 | L | | |
| 57. Apple C.S. | A | Dividend | | | Sold | 04/11/19 | L | E | |
| 58. Applied Materials C.S. | A | Dividend | L | T | | | | | |
| 59. - Amgen C.S. | D | Dividend | M | T | | | | | |
| 60. - Berkshire Hathaway (B) C.S. | | None | M | T | | | | | |
| 61. - Biomarin C.S. | | None | L | T | | | | | |
| 62. - Celgene C.S. | | None | | | Sold | 11/07/19 | N | G | |
| 63. - Chevron C.S. | B | Dividend | L | T | | | | | |
| 64. - Conoco Phillips C.S. | B | Dividend | L | T | | | | | |
| 65. - CVS C.S. | A | Dividend | | | Sold | 08/15/19 | L | | |
| 66. -Diamondback Energy C.S. | A | Dividend | K | T | Buy | 11/07/19 | K | | |
| 67. -Dow C.S. | B | Dividend | K | T | Buy | 08/23/19 | K | | |
| 68. - Energy Transfer L.P. | D | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  - Enterprise Products Partners L.P. | D | Dividend | L | T | | | | | |
| 70.  -EOG Resources Inc. C.S. | A | Dividend | K | T | Buy | 10/18/19 | K | | |
| 71.  - Gilead Sciences Inc. C.S. | D | Dividend | M | T | | | | | |
| 72.  - Incyte C.S. | | None | | | Sold | 04/04/19 | K | A | |
| 73.  -Illumina C.S. | | None | K | T | Buy | 05/20/19 | K | | |
| 74.  - Intel C.S. | A | Dividend | K | T | | | | | |
| 75.  - J.P. Morgan C.S. | B | Dividend | L | T | | | | | |
| 76.  - Johnson & Johnson C.S. | B | Dividend | L | T | | | | | |
| 77.  - Lumentum C.S. | | None | K | T | | | | | |
| 78.  - Merck & Co. Inc. C.S. | B | Dividend | K | T | | | | | |
| 79.  - Microsoft C.S. | A | Dividend | L | T | | | | | |
| 80.  - Pfizer Inc. C.S. | A | Dividend | K | T | | | | | |
| 81.  - Pioneer Natural Resources C.S. | A | Dividend | L | T | Sold<br>(part) | 12/30/19 | K | A | |
| 82.  - Regeneron C.S. | | None | M | T | | | | | |
| 83.  - Zscaler C.S. | | None | K | T | Buy | 10/18/19 | K | | |
| 84. | | | | | | | | | |
| 85.  IRA #1 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Alibaba ADR. | | None | K | T | Buy | 05/28/19 | K | | |
| 87.   - Allergan C.S. | A | Dividend | | | Sold | 03/07/19 | K | | |
| 88.   - Amgen Inc. C.S. | B | Dividend | K | T | | | | | |
| 89.   - Berkshire Hathaway (B) C.S. | | None | L | T | | | | | |
| 90.   - Biomarin C.S. | | None | K | T | | | | | |
| 91.   - Celgene C.S. | | None | | | Sold | 11/07/19 | L | F | |
| 92.   - Gilead Sciences Inc. C.S. | A | Dividend | K | T | | | | | |
| 93.   - Johnson & Johnson C.S. | A | Dividend | K | T | | | | | |
| 94.   - J.P. Morgan Chase C.S. | A | Dividend | K | T | | | | | |
| 95.   - Merck C.S. | A | Dividend | J | T | | | | | |
| 96.   - Pfizer C.S. | A | Dividend | | | Sold | 11/07/19 | J | D | |
| 97.   - Pioneer Natural Resources C.S. | A | Dividend | J | T | | | | | |
| 98.   - Charles Schwab Money Market (Cash Equivalents) | A | Interest | M | T | | | | | |
| 99. | | | | | | | | | |
| 100.  Inherited IRA | | | | | | | | | |
| 101.  - Agios C.S. | | None | J | T | | | | | |
| 102.  -Alibaba | | None | K | T | Buy | 05/13/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   - Allergan C.S. | A | Dividend | | | Sold | 03/07/19 | K | | |
| 104.   - Berkshire Hathaway C.S. | | None | K | T | | | | | |
| 105.   - Celgene C.S. | | None | | | Sold | 11/07/19 | K | B | |
| 106.   - Chevron C.S. | A | Dividend | J | T | | | | | |
| 107.   - Gilead Science Inc. C.S. | A | Dividend | J | T | | | | | |
| 108.   - Incyte C.S. | | None | | | Sold | 02/25/19 | J | A | |
| 109.   - Merck C.S. | A | Dividend | J | T | | | | | |
| 110.   - Regeneron C.S. | | None | | | Sold | 02/01/19 | K | D | |
| 111.   - Charles Schwab Money Market (Cash Equivalents) | A | Interest | L | T | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114.  IRA #2 | | | | | | | | | |
| 115.   -Alibaba ADR | | None | K | T | Buy | 05/28/19 | K | | |
| 116.   - Allergan C.S. | A | Dividend | | | Sold | 03/03/19 | K | | |
| 117.   - Amgen Inc. C.S. | B | Dividend | L | T | | | | | |
| 118.   - Berkshire Hathaway (B) C.S. | | None | K | T | | | | | |
| 119.   - Biomarin C.S. | | None | J | T | Buy | 08/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. - Celgene C.S. | | None | | | Sold | 11/07/19 | L | E | |
| 121. - Gilead Sciences Inc. C.S. | A | Dividend | K | T | | | | | |
| 122. - Johnson & Johnson C.S. | A | Dividend | | | Sold | 01/31/19 | K | E | |
| 123. - Merck C.S. | A | Dividend | K | T | | | | | |
| 124. - Microsoft C.S. | A | Dividend | K | T | | | | | |
| 125. - Pfizer Inc. C.S. | A | Dividend | J | T | | | | | |
| 126. -Pioneer Natural Resources C.S. | A | Dividend | K | T | Buy | 11/14/19 | J | | |
| 127. -Regeneron Pharmaceuticals C.S. | | None | K | T | Buy | 07/11/19 | J | | |
| 128. -Zscaler Inc. C.S. | | None | K | T | Buy | 07/11/19 | J | | |
| 129. - Charles Schwab Money Market (Cash Equivalents) | A | Interest | L | T | | | | | |
| 130. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ J. Thomas Ray

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544